UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINIAM GEBRESLASE KIDANE, <br><br> Petitioner, <br><br> v. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); WARDEN, OTAY MESA DETENTION CENTER, <br><br> Respondents. | Case No.:  26-CV-599 JLS (SBC) <br><br> **ORDER REFERRING PETITION TO FEDERAL DEFENDERS FOR EVALUATION REGARDING APPOINTMENT OF COUNSEL** <br><br> (ECF No. 1) |

Presently before the Court is Biniam Gebreslase Kidane's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  Petitioner alleges that he has been detained by the United States Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE") division at the Otay Mesa Detention Center since November 28, 2024.  Pet. ¶ 11.

Having reviewed the Petition, the Court finds that summary dismissal of the Petition is unwarranted at this time.  *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") (citing *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990)).  However, the Court finds that the Petition lacks sufficient detail for the Court to meaningfully consider the requested relief.

Accordingly, the Court **REFERS** this Petition to Federal Defenders for an evaluation of whether appointment of counsel would be beneficial to Petitioner.  The Court requests that Federal Defenders make its evaluation and file a status report or appropriate motion by March 3, 2026.  The Clerk of the Court **SHALL SERVE** a copy of this Order and the Petition on the Federal Defenders of San Diego, Inc.

   **IT IS SO ORDERED.**

Dated:  February 3, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-599 JLS (SBC)